Anibal MALDONADO, Appellant

v.

PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.

Supreme Court of Pennsylvania.

Sept. 28, 2005.

### ORDER

PER CURIAM.

AND NOW, this 28th day of September, 2005, the order of the Commonwealth Court is AFFIRMED.